IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACQAUS L. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3100 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT E. HAYNE, SCOTT WAYMAN, | ) | ORDER |
| ORTHA LEE SERRELL, and | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case is set for a non-jury trial on Monday, November 14, 2005 at 8:30 a.m., before the undersigned in Courtroom 3, Third Floor, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

IT IS ORDERED:

In accordance with the usual practice and understanding, the officials of the Nebraska Department of Corrections are requested to produce the plaintiff, Jacqaus L. Martin, #40992, held at the Tecumseh State Correctional Institution for said trial.

DATED this 7th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge