IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACQAUS L. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3100 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT E. HAYNE, SCOTT WAYMAN, | ) | ORDER |
| ORTHA LEE SERRELL, and | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the attached request for reimbursement from the Federal Practice Fund by court reporter Allan Kuhlman in the amount of $409.20 for preparation of the trial transcript is granted. The undersigned's chambers shall provide a copy of this memorandum and order to Pat Williamson of the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

DATED this 25th day of January, 2006.

BY THE COURT:

_____
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE

| AO44 (Rev. 12/09) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | UNITED STATES DISTRICT COURT FOR THE NEBRASKA | | | | | | | | | |
| | INVOICE NO: 00002213 | | | | | | | | | |

| | MAKE CHECKS PAYABLE TO |
|---|---|
| Denise Lucks<br>Federal Practice Fund<br>111 South 18th Plaza<br>Omaha, NE 68102<br><br>Phone:<br>FAX: | Allan G. Kuhlman<br>Official Court Reporter<br>111 South 18th Plaza<br>Suite 3122<br>Omaha, NE 68102<br><br>Phone: (402) 661-7305<br>FAX:<br>Allan_Kuhlman@ned.uscourts.gov |

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 01-25-2006 | DATE DELIVERED: 01-25-2006 |
|---|---|---|

**Case Style:** 4:03CV-3100, JacQaus Martin v Hayne, et al.

Trial transcript from trial on November 14, 2005

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 124 | 3.30 | 409.20 | | | | | | | 409.20 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 409.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $409.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *[signature]*   DATE: 01-25-2006

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR